No. 352. GENERAL MOTORS CORP. v. DISTRICT OF COLUMBIA. Motions of Associated Industries of New York State, Inc.; Bethlehem Steel Co.; National Association of Manufacturers; Automobile Manufacturers Association, Inc.; and Electronic Industries Association for leave to file briefs, as *amici curiae,* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *Aloysius F. Power, Donald K. Barnes, Thomas J. Hughes* and *E. Barrett Prettyman, Jr.,* for petitioner. *Chester H. Gray, Milton D. Korman* and *Henry E. Wixon* for respondent. Briefs of *amici curiae,* in support of the petition, were filed by *George R. Fearon* and *John C. Reid* for Associated Industries of New York State, Inc.; *Daniel K. Mayers* for Bethlehem Steel Co.; *Lambert H. Miller* and *Edward R. Duffy* for National Association of Manufacturers; *Louis F. Dahling* and *Richard D. Rohr* for Automobile Manufacturers Association, Inc.; and *John B. Olverson* for Electronic Industries Association.

No. 354. BALLAGH ET UX. v. UNITED STATES. Court of Claims. Certiorari denied. *Walter B. Gibbons* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones, Gilbert E. Andrews* and *Robert A. Bernstein* for the United States.

No. 356. ACRO MANUFACTURING CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *John W. Riely* for petitioner. *Solicitor General Cox, Acting Assistant Attorney General Jones, Melva M. Graney* and *Richard J. Heiman* for respondent.